HARTZ, Circuit Judge,
dissenting:
It requires only one member of the court to grant a certificate of appealability (COA), so I have no quarrel with that grant. Before we send the case back to district court, however, we should offer the State an opportunity to file a brief. Under our local rule 22.1(B), the State was forbidden to file a brief absent our request or the grant of a COA. The reasoning of the panel opinion seems sound; but I think it is also sound practice to provide an opportunity to be heard. There is always the possibility that we have missed something that could change our decision.
*959 Although the State can request rehearing,. the time for doing that is much too short when it is likely that no state appellate attorney has been assigned to the case. Perhaps the panel will be willing to grant a reasonable extension of time to file a request; but what is the advantage of our proceeding in that manner over simply giving the State a chance to file a brief responding to the grant of a COA?